Tanya E. Moore (SBN 206683)
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: *service@moorelawfirm.com*

Attorney for Plaintiff
JOSE TRUJILLO

JACKSON LEWIS P.C.
CAROLYN G. BURNETTE (SBN 191294)
SHANE R. LARSEN (SBN 283966)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: *BurnetteC@JacksonLewis.com*
Email: *Shane.Larsen@jacksonlewis.com*

Attorneys for Defendant
KMART CORPORATION, a Michigan corporation

FILED
MAR 25 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>                Plaintiff,<br><br>        v.<br><br>KMART CORPORATION dba BIG KMART #9761; RREF II-WPG VISALIA FINANCED PARCELS, LLC,<br><br>                Defendants. | Case No. 1-16-CV-00297-AWI-SKO<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT KMART CORPORATION AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: March 3, 2016<br>Trial Date:      None Set |

Good cause appearing therefore, and pursuant to the Parties stipulation, **IT IS ORDERED THAT** the Defendant KMART CORPORATION shall have up to and including April 26, 2016, to file its responsive pleading. This extension does not impact or change any event or deadline already fixed by Court Order.

1

1 | **IT IS SO ORDERED.**

3 | Dated: March 25, 2016

HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE