# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KMART CORPORATION dba BIG KMART #9761; RREF II-WPG VISALIA FINANCED PARCELS, LLC,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:16-cv-00297-AWI-SKO<br><br>**ORDER GRANTING DEFENDANT KMART CORPORATION AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:　March 3, 2016<br>Trial Date:　　　None Set |

　　　Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant Kmart Corporation shall file its responsive pleading by no later than May 20, 2016. This extension does not impact or change any event or deadline already set by the Court.

IT IS SO ORDERED.

Dated:　**April 17, 2016**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE