COX, CASTLE & NICHOLSON LLP
JONATHAN S. KITCHEN (STATE BAR NO. 80270)
jkitchen@coxcastle.com
ALI P. HAMIDI (STATE BAR NO. 191198)
ahamidi@coxcastle.com
50 California Street, Suite 3200
San Francisco, CA  94111
Telephone:  (415) 262-5100
Facsimile:   (415) 262-5199

Attorneys for Defendant

RREF II-WPG Visalia Financed Parcels, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>          Plaintiff,<br><br>     v.<br><br>K MART CORPORATION dba BIG KMARKT #9761; RREF II-WPG VISALIA FINANCED PARCELS, LLC,<br><br>          Defendant.<br>_____/ | Case No.  1:16-cv-00297-AWI-SKO<br><br>**ORDER GRANTING DEFENDANT RREF II-WPG VISALIA FINANCED PARCELS, LLC AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed: March 3, 2016<br>Trial Date:  None Set |

Pursuant to Rule 144 of the Local Rules of the United States District Court, Eastern District of California and the Federal Rules of Civil Procedure, Rule 6, Jose Trujillo ("Plaintiff") and RREF IIWPG Visalia Financed Parcels, LLC ("Visalia Financed Parcels") hereby stipulate as follows by and through their counsel of record:

WHEREAS, Plaintiff's Complaint for Denial of Right of Access Under the Americans with Disabilities Act ("Complaint") was filed on March 3, 2016;

WHEREAS, Plaintiff and Visalia Financed Parcels previously stipulated to extend Visalia Financed Parcel's response date to the Complaint to April 26, 2016;

WHEREAS, Plaintiff and co-defendant Kmart Corporation are currently engaged in settlement negotiations that if successful, would obviate the need to incur additional costs by any

party in this action;

WHEREAS, Plaintiff and Kmart Corporation have also entered into a stipulation to extend the time for Kmart Corporation's responsive pleading to May 20, 2016, and the Court has granted that extension.  *See* Docket No. 11.

Plaintiff and Visalia Financed Parcels hereby similarly stipulate to a 24-day extension of time to May 20, 2016 for Visalia Financed Parcels to file a responsive pleading.

Plaintiff and Visalia Financed Parcels request that the Court grant this extension, which does not impact or change any event or deadline already fixed by Court Order, and which is requested to achieve efficiency and judicial economy.

IT IS SO STIPULATED.

DATED:  April 19, 2016          Stipulated and respectfully submitted,
                                MOORE LAW FIRM, P.C.


                                By:   */s/ Tanya E. Moore* _____
                                      Tanya E. Moore
                                      Attorneys for Plaintiff JOSE TRUJILLO

DATED:  April 19, 2016          COX, CASTLE & NICHOLSON LLP


                                By:   */s/ Ali P. Hamidi* _____
                                      Ali P. Hamidi
                                      Attorneys for Defendant RREF II-WPG Visalia Financed Parcels, LLC

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant RREF IIWPG Visalia Financed Parcels, LLC, shall file its responsive pleading by no later than May 20, 2016.  This extension does not impact or change any event or deadline already set by the Court.

IT IS SO ORDERED.

Dated:   **April 19, 2016**               /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE